# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESARE PULEO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NIBCO, INC. and ADRIANO PLUMBING & HEATING CORP. <br><br> Defendants. | Case No. 18-cv-05555 <br><br> **STIPULATION EXTENDING THE TIME TO ANSWER OR TO OTHERWISE PLEAD** |

**IT IS HEREBY STIPULATED AND AGREED** that Defendant Adriano Plumbing & Heating Corp. shall have until May 22, 2019, to file an answer or to otherwise plead.

*Jason P. Sultzer /s/*                                            *May 16, 2019*

Jason P. Sultzer, Esq.                                            Dated
Co-Attorney for Cesar Puleo
The Sultzer Law Group, PC
85 Civic Center Plaza
Suite 200
Poughkeepsie, NY 12601
(845) 483-7100 (T)
(888) 749-7747 (F)
sultzerj@thesultzerlawgroup.com

*Jeffrey Brown /s/*                                               *May 16, 2019*

Jeffrey Brown, Esq.                                               Dated
Co-Attorney for Cesar Puleo
Leeds Brown Law, PC
One Old Country Road
Suite 347
Carle Place, NY 11514
(516) 873-9550(T)
jbrown@leedsbrownlaw.com

1

| | |
|---|---|
| *John P. Cookson /s/* | *May 16, 2019* |
| John P. Cookson, Esq.<br>Attorney for Adriano Plumbing & Heating Corp.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>225 Liberty Street, 36th Floor<br>New York, New York 10281<br>(212) 483-9490 (T)<br>(212) 483-9129 (F)<br>jcookson@mdmc-law.com | Dated |