McElroy, Deutsch, Mulvaney & Carpenter, LLP
225 Liberty Street, 36th Floor
New York, New York 10281
(212) 483-9490
*Attorneys for Defendant*
*Adriano Plumbing & Heating Corp.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
CESARE PULEO, individually and on behalf of all others similarly situated,

                Plaintiff,

- against -

NIBCO, INC. and ADRIANO PLUMBING & HEATING CORP.,

                Defendants,
---------------------------------------------------------------------x

Case No. 18-CV-05555 (NGG) (PK)

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**   )
                          : SS.:
**COUNTY OF NEW YORK** )

**JESSICA SKOWRONSKI**, the undersigned being duly sworn, deposes and says:

deponent is not a party to the action and is over 18 years of age and is an employee of McElroy, Deutsch, Mulvaney & Carpenter, LLP, which maintains an office in New York, New York.

On the **22nd day of May, 2019**, deponent served a true and correct copy of the **Notice of Motion, Memorandum of Law in Support of Motion to Dismiss, and Affirmation in Support with Exhibits** on:

    Jason P. Sultzer
    Joseph Lipari
    The Sultzer Law Group P.C.
    85 Civic Center Plaza, Suite 104
    Poughkeepsie, NY 12601
    Email: sultzerj@thesultzerlawgroup.com
    Email: liparij@thesultzerlawgroup.com

    Jeffrey Kevin Brown
    Michael Alexander Tompkins
    Leeds Brown Law, P.C.

One Old Country Road, Suite 347
Carle Place, NY 11514
Email: jbrown@leedsbrownlaw.com
Email: mtompkins@leedsbrownlaw.com

by enclosing same in a postage paid properly addressed wrapper in an official depository under

the exclusive care and custody of the United States Postal Service within the State of New York.

*Jessica Skowronski*

Sworn to before me on this
22nd day of May 2019

Notary Public

ALTHEA L. DALEY
Notary Public, State of New York
No. 02DA6382804
Qualified in New York County
Commission Expires
11/05/2022