IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESARE PULEO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NIBCO, INC. and ADRIANO PLUMBING & HEATING CORP.<br><br>Defendants. | Case No.: 18-cv-05555<br><br>**NOTICE OF APPEARANCE** |

Please enter my appearance as counsel in this action for Defendant, Adriano Plumbing & Heating Corp. I certify that I am an attorney at law admitted to practice before this Court and am an partner at the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Attorneys for Defendant Adriano Plumbing & Heating Corp.

By: /s/ Peter A. Gaudioso
Peter A. Gaudioso

Dated: June 14, 2019